NUMBER 13-03-224-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
MIRTALA ELIZONDO,                                                        Appellant,

v.

ROSENDO VALDEZ ESPINOSA,                                           Appellee.
________________________________________________________

On appeal from the 389th District Court
of Hidalgo County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, MIRTALA ELIZONDO, perfected an appeal from a judgment entered
by the 389th District Court of Hidalgo County, Texas, in cause number F-539-99-H. 
After the record was filed, appellant filed a motion to dismiss the appeal. Appellant
requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 1st day of April, 2004.